

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2015

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez, Appellants

v.

**THE GOODYEAR TIRE & RUBBER COMPANY**, Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Robert Cadena, Judge Presiding

### ORAL ARGUMENT ADVISORY

Oral arguments in this appeal are currently scheduled for June 17, 2015, at 9:00 a.m. The appellee's brief raises an issue related to this court's jurisdiction to entertain the appeal. The parties are therefore requested to please be prepared to first address the issue of whether appellant's notice of appeal was timely filed.

It is so **ORDERED** on June 9, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk